14163. KNIGHT *v.* SOUTHERN BELL TELEPHONE & TELEGRAPH COMPANY.

JENKINS, P. J. This case having been entertained only upon the condition that the costs be paid within ten days, and the costs not having been thus paid, the writ of error must be dismissed. Civil Code (1910), § 6341. *Writ of error dismissed. Stephens and Bell, JJ., concur.*
　　　　　　　　　DECIDED MARCH 17, 1923.

Action for damages; from Floyd superior court — Judge Wright. October 30, 1922.

*M. B. Eubanks,* for plaintiff.　　*Denny & Wright,* for defendant.